**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FAITH DRAKE,**

    **Plaintiff,**

v.                                          Case No.  8:08-cv-370-T-30TBM

**FASTENER SUPPLY & TOOL, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Notice of Settlement and Joint Motion for Order Approving Terms of Settlement (Dkt. 21).

Upon consideration, it is ORDERED AND ADJUDGED that:

1. The Joint Motion for Order Approving Terms of Settlement (Dkt. 21) is **GRANTED**.

2. The Settlement Agreement and General Release submitted by the parties is hereby approved.

3. This cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.

4. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-370.mt approve settlement.frm